```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO PEREZ,

           Plaintiff,

-against-

SILPAR REALTY INC. and JOHN J. PAVON,

           Defendants.

1:23-cv-117-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled an initial pre-trial conference in this matter for July 7, 2023 at 11:00 AM. [ECF No. 14.] The Court directed the parties to submit, one week before the conference, a Proposed Case Management Plan and Scheduling Order and joint letter, as required by this Court's Individual Rules of Practice. [ECF No. 14.] To date, the parties have not submitted a proposed order or joint letter.

Accordingly, the parties are HEREBY DIRECTED to file the Proposed Case Management Plan and Scheduling Order <u>and</u> joint letter, as required by this Court's Individual Rules of Practice and specified in this Court's May 9, 2023 Order [ECF No. 14] **<u>on or before July 6, 2023 at noon</u>**. In addition, the joint letter must <u>also</u> show cause why counsel for both parties should not be sanctioned for failing to comply with this Court's Orders. *See Mitchell v. Lyons Pro. Servs., Inc.*, 708 F.3d 463, 467 (2d Cir. 2013).

      **<u>FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN SANCTIONS.</u>**

**SO ORDERED.**

**Date: July 5, 2022**
**New York, NY**

                                                 **MARY KAY VYSKOCIL**
                                                 **United States District Judge**