UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO PEREZ,

                Plaintiff,

-against-

SILPAR REALTY INC. and JOHN J. PAVON,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2024
```

1:23-cv-117-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of the parties' joint letter motion seeking an extension of time to file documents in connection with the anticipated Rule 68 Offer of Judgment. [ECF No. 24]. The motion is GRANTED. The documents shall be filed by January 19, 2024. The Post-Discovery Conference scheduled for January 9, 2024 at 11:00 AM is ADJOURNED *sine die*. The Clerk of Court is respectfully requested to terminate the motion pending at ECF No. 24.

**SO ORDERED.**

**Date: January 2, 2024**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**