UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024
```

ORLANDO PEREZ,

    Plaintiff,

-against-   Case No. 1:23-cv-00117-MKV

SILPAR REALTY, INC. and JOHN J. PAVON,   **JUDGMENT**

    Defendants.

On January 19, 2024, Plaintiff ORLANDO PEREZ filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff ORLANDO PEREZ has judgment against Defendants in the amount of $30,000.00 (THIRTY-THOUSAND DOLLARS), inclusive of attorneys' fees, costs and prejudgment interest.

This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omission of Defendants, in connection with the facts and circumstances that are the subject of this action.

This judgment is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as ad admission of liability by the Defendants, or any officer, employee or agent, either past or present of the Defendants; nor is it an admission that Plaintiff has suffered any damages.

This judgment will act to release and discharge Defendants, their successors or assigns, and all past and present officers, employees, representative, attorneys and agents of

Defendants, from any and all claims that were or could have been alleged by the plaintiffs on behalf of themselves and all others similarly situated in the above-referenced action.

Dated:     January 22  , 2024

_____
HON. MARY KAY VYSKOCIL
United States District Judge